UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEBORAH LAUFER,

                CASE NO.: 1:19-CV-1464

   Plaintiff,

v.

INDRA HOLDINGS, LLC, LATHAM LODGING, LLC, and PHILLY BAR & GRILL LLC,

   Defendants.
-------------------------------------------------------------X

## **VOLUNTARY DISCONTINUANCE**

 Plaintiff, by and through the undersigned counsel, hereby notifies This Court that this action against the defendant INDRA HOLDINGS, LLC, LATHAM LODGING, LLC, and PHILLY BAR & GRILL LLC, is Voluntarily Dismissed pursuant to FRCP Rule 41(A)(i) without prejudice.

 DATED : New York, New York
   January 17, 2020

            Respectfully Submitted,

            **LAW OFFICES OF PETER SVERD, PLLC**

          By: *Peter Sverd*
            Peter Sverd, Esq.
            ( *Attorneys for Plaintiff*
            225 Broadway, Ste. 613
            New York, NY 10007
            PH: (646) 751-8743
            Psverd@sverdlawfirm.com