UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEBORAH LAUFER,

                                                                 CASE NO.: 1:19-CV-1464

        Plaintiff,

v.

INDRA HOLDINGS, LLC, LATHAM LODGING, LLC, and PHILLY BAR & GRILL LLC,

        Defendants.

-------------------------------------------------------------X

## VOLUNTARY DISCONTINUANCE

Plaintiff, by and through the undersigned counsel, hereby notifies This Court that this action against the defendant INDRA HOLDINGS, LLC, LATHAM LODGING, LLC, and PHILLY BAR & GRILL LLC, is Voluntarily Dismissed pursuant to FRCP Rule 41(A)(i) without prejudice.

DATED : New York, New York
January 17, 2020

Respectfully Submitted,

**LAW OFFICES OF PETER SVERD, PLLC**

By: *Peter Sverd*
Peter Sverd, Esq.
( *Attorneys for Plaintiff*
225 Broadway, Ste. 613
New York, NY 10007
PH:   (646) 751-8743
Psverd@sverdlawfirm.com

IT IS SO ORDERED:

*Brenda K Sannes*
Brenda K. Sannes
U.S. District Judge

Dated: _January 17, 2020_
Syracuse, NY